

United States Courts
Southern District of Texas
FILED

OCT 0 9 2012

David J. Bradley, Clerk of Court

**CONSULATE GENERAL OF RUSSIA
IN THE UNITED STATES,
Houston**

Alexey V. Tarasov, Esq.
Attorney at Law
Tel.: 832-623-6250

October 05, 2012

Dear Mr. Tarasov,

With reference to your letter I state that the Consulate General of the Russian Federation in Houston, TX will not aid in concealing Anastasia Y. Diatlova DOB:          , Aleksandr Fishenko DOB          , Viktoria Klebanova DOB:              Alexander Posobilov DOB:         or removing them out of the jurisdiction of the United States if they are to be released pending trial.

Sincerely,

Aleksandr Zakharov
Consul General of Russia
Tel.: (713) 337-3300 ext. 307
Fax:  (713) 337-3305
www.rusconshouston.org

